ACCEPTED
14-15-00153-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 2:22:33 PM
CHRISTOPHER PRINE
CLERK

## NO. <u>2014-16947</u>

| | | |
|---|---|---|
| **SCOTT HOLSTEAD** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | |
| | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **ALEX HITZ and** | § | |
| **THE BEVERLY HILLS KITCHEN,** | § | **125TH JUDICIAL DISTRICT** |
| **LLC** | § | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 2:22:33 PM
CHRISTOPHER A. PRINE
Clerk

### <u>AMENDED NOTICE OF RESTRICTED APPEAL</u>

This Notice of Restricted Appeal is from the Default Judgment entered on September 19, 2014 in 125th Judicial District Court of Harris County, Texas in Cause No. 2014-16047. Respondent to this cause **ALEX HITZ and THE BEVERLY HILLS KITCHEN** desires to bring an appeal to the First or Fourteenth Court of Appeals sitting in Houston Texas

The names and addresses of each party to the trial court's judgment are:

1. **ALEX HITZ,** 1901 Sunset Plaza Dr. Los Angeles CA 90069

2. **THE BEVERLY HILLS KITCHEN,** 714 Park Avenue 11C, New York NY 10021.

2. **SCOTT HOLSTEAD**, 5333 Bordley Dr. Houston TX 77056

The party desiring appeal, **ALEX HITZ and THE BEVERLY HILLS KITCHEN**, is a party affected by the trial court's judgment but did not participate, either in person or through counsel, in the hearing that resulted in the judgment complained of. Furthermore, **ALEX HITZ and THE BEVERLY HILLS KITCHEN** did not timely file either a post judgment motion, request for findings of fact and conclusions of law, or notice of appeal.

RESPECTFULLY SUBMITTED,
/s/ CHAD H. JORDAN
CHAD H. JORDAN
SBN:24073262
10575 KATY FWY. #440
HOUSTON, TX 77024
(713) 234-6471

(832) 408-8571

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served on Scott Holstead, by and through his attorney of record, Brian W. Zimmerman on February 17, 2015 in accordance with the Texas Rules of Civil and Appellate Procedure. **via e-service/fax**

Brian W. Zimmerman
3040 Post Oak Blvd. Suite 1300
Houston, Texas 77056

/s/ Chad H. Jordan
Chad H. Jordan